UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIM BAKKEN,

Plaintiff,

v.

UNITED STATES MILITARY ACADEMY, *et al.*,

Defendants.

No. 25 Civ. 7826 (CS)

**NOTICE OF APPEAL**

Defendants appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on September 8, 2026.

Dated: November 5, 2026
New York, New York

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: */s/ Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2741
E-mail: dana.walsh.kumar@usdoj.gov

CLOSED,APPEAL,ECF

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:25−cv−07826−CS

Bakken v. United States Military Academy et al
Assigned to: Judge Cathy Seibel
Cause: 42:1981 Civil Rights

Date Filed: 09/22/2025
Date Terminated: 09/08/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Tim Bakken**
*Individually and on behalf of a putative class of all those similarly−situated*

represented by

**Stephen Bergstein**
Bergstein & Ullrich
5 Paradies Lane
Ste 2nd Floor
New Paltz, NY 12561
845−469−1277
Fax: 845−469−5904
Email: steve@tbulaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Robert Goldman**
Goldman Law, PLLC
372 South Plank Road
Suite 2
Newburgh, NY 12550
845−534−6472
Fax: 845−579−3064
Email: jgoldman@jrgoldmanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Military Academy**

represented by

**Benjamin Henry Torrance**
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
212−637−2703
Fax: 212−637−2702
Email: benjamin.torrance@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
DOJ−USAO
Sdny
86 Chambers Street
Ste Floor 3
New York, NY 10007
212−637−2741
Email: dana.walsh.kumar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt. General Steven W. Gilland**
*in his official capacity*

represented by

**Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brigadier General Shane R. Reeves**
*in his official capacity*

represented by **Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Col. Krista Watts**
*in her official capacity*

represented by **Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Col. Winston Williams**
*in his official capacity*

represented by **Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Col. Joshua Berry**
*in his official capacity*

represented by **Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lt. Col. Caitlin Chiaramonte**
*in her official capacity*

represented by **Benjamin Henry Torrance**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana Walsh Kumar**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/22/2025 | 1 | COMPLAINT against Col. Joshua Berry, Lt. Col. Caitlin Chiramonte, Lt. General Steven W. Gilland, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams. (Filing Fee $ 405.00, Receipt Number ANYSDC−31743670)Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/22/2025) |
| 09/22/2025 | 2 | CIVIL COVER SHEET filed..(Goldman, Jonathan) (Entered: 09/22/2025) |
| 09/22/2025 | 3 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to United States Military Academy, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on |

| | | |
|---|---|---|
| | | 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 4 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Lt. General Steven W. Gilland, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 5 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Brigadier General Shane R. Reeves, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 6 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Krista Watts, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 7 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Winston Williams, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 8 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Joshua Berry, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 9 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST PDF ERROR −** REQUEST FOR ISSUANCE OF SUMMONS as to Lt. Col. Caitlin Chiramonte, re: 1 Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) Modified on 9/23/2025 (vf). (Entered: 09/22/2025) |
| 09/22/2025 | 10 | NOTICE OF APPEARANCE by Stephen Bergstein on behalf of Tim Bakken..(Bergstein, Stephen) (Entered: 09/22/2025) |
| 09/22/2025 | 11 | AMENDED COMPLAINT amending 1 Complaint, against Col. Joshua Berry, Lt. Col. Caitlin Chiramonte, Lt. General Steven W. Gilland, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams with JURY DEMAND.Document filed by Tim Bakken. Related document: 1 Complaint,..(Goldman, Jonathan) (Entered: 09/22/2025) |
| 09/23/2025 | | *****NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jonathan Robert Goldman. The party information for the following party/parties has been modified: Lt. Col. Caitlin Chiramonte, Tim Bakken. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party text was omitted. (vf)** (Entered: 09/23/2025) |
| 09/23/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Cathy Seibel. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(vf) (Entered: 09/23/2025) |
| 09/23/2025 | | Magistrate Judge Judith C. McCarthy is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vf) (Entered: 09/23/2025) |
| 09/23/2025 | | Case Designated ECF. (vf) (Entered: 09/23/2025) |
| 09/23/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jonathan Robert Goldman to RE−FILE Document No. 7 Request for Issuance of Summons, 9 Request for** |

| | | |
|---|---|---|
| | | **Issuance of Summons, 4 Request for Issuance of Summons, 8 Request for Issuance of Summons, 3 Request for Issuance of Summons, 6 Request for Issuance of Summons, 5 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Defendant party name listed on Summons Caption and Summons PDF does not correspond exactly to pleading caption. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (vf)** (Entered: 09/23/2025) |
| 09/23/2025 | 12 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to United States Military Academy, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 13 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Lt. General Steven W. Gilland, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 14 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Brigadier General Shane R. Reeves, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 15 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Krista Watts, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 16 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Winston Williams, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 17 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Col. Joshua Berry, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/23/2025 | 18 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Lt. Col. Caitlin Chiramonte, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/24/2025 (sj). (Entered: 09/23/2025) |
| 09/24/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jonathan Robert Goldman to RE−FILE Document No. 13 Request for Issuance of Summons, 14 Request for Issuance of Summons, 16 Request for Issuance of Summons, 18 Request for Issuance of Summons, 12 Request for Issuance of Summons, 17 Request for Issuance of Summons, 15 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Defendant Caitlin Chiaramonte's name does not match on summons PDF caption and docket entry. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (sj)** (Entered: 09/24/2025) |
| 09/25/2025 | 19 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Military Academy, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |
| 09/25/2025 | 20 | REQUEST FOR ISSUANCE OF SUMMONS as to Lt. General Steven W. Gilland, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |

| | | |
|---|---|---|
| 09/25/2025 | 21 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Brigadier General Shane R. Reeves, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/26/2025 (sj). (Entered: 09/25/2025) |
| 09/25/2025 | 22 | REQUEST FOR ISSUANCE OF SUMMONS as to Col. Krista Watts, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |
| 09/25/2025 | 23 | REQUEST FOR ISSUANCE OF SUMMONS as to Col. Winston Williams, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |
| 09/25/2025 | 24 | REQUEST FOR ISSUANCE OF SUMMONS as to Col. Joshua Berry, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |
| 09/25/2025 | 25 | REQUEST FOR ISSUANCE OF SUMMONS as to Lt. Col. Caitlin Chiaramonte, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/25/2025) |
| 09/26/2025 | 26 | ELECTRONIC SUMMONS ISSUED as to United States Military Academy. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | 27 | ELECTRONIC SUMMONS ISSUED as to Lt. General Steven W. Gilland. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | 28 | ELECTRONIC SUMMONS ISSUED as to Col. Krista Watts. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | 29 | ELECTRONIC SUMMONS ISSUED as to Col. Winston Williams. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | 30 | ELECTRONIC SUMMONS ISSUED as to Col. Joshua Berry. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | 31 | ELECTRONIC SUMMONS ISSUED as to Lt. Col. Caitlin Chiaramonte. (sj) (Entered: 09/26/2025) |
| 09/26/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jonathan Robert Goldman to RE−FILE Document No. 21 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Party name does not match pleading in 'To' field of PDF. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (sj)** (Entered: 09/26/2025) |
| 09/26/2025 | 32 | **FILING ERROR − DEFICIENT SUMMONS REQUEST − PDF ERROR** REQUEST FOR ISSUANCE OF SUMMONS as to Brigadier General Shane R. Reeves, re: 11 Amended Complaint. Document filed by Tim Bakken. (Goldman, Jonathan) Modified on 9/29/2025 (sj). (Entered: 09/26/2025) |
| 09/29/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Jonathan Robert Goldman to RE−FILE Document No. 32 Request for Issuance of Summons. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; Party name is INCORRECT in the 'To' section of the PDF. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (sj)** (Entered: 09/29/2025) |
| 09/29/2025 | 33 | REQUEST FOR ISSUANCE OF SUMMONS as to Brigadier General Shane R. Reeves, re: 11 Amended Complaint,. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/29/2025) |
| 09/30/2025 | 34 | ELECTRONIC SUMMONS ISSUED as to Brigadier General Shane R. Reeves. (sj) (Entered: 09/30/2025) |

| | | |
|---|---|---|
| 11/07/2025 | 35 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. United States Military Academy served on 10/17/2025, answer due 11/7/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 36 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Lt. General Steven W. Gilland served on 10/8/2025, answer due 10/29/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 37 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Brigadier General Shane R. Reeves served on 10/8/2025, answer due 10/29/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 38 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Col. Krista Watts served on 10/8/2025, answer due 10/29/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 39 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Col. Winston Williams served on 10/17/2025, answer due 11/7/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 40 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Col. Joshua Berry served on 10/17/2025, answer due 11/7/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 41 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Lt. Col. Caitlin Chiaramonte served on 10/17/2025, answer due 11/7/2025. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 11/07/2025 | 42 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint, served. Service was made by Mail. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 11/07/2025) |
| 12/04/2025 | 43 | NOTICE OF APPEARANCE by Benjamin Henry Torrance on behalf of Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Torrance, Benjamin) (Entered: 12/04/2025) |
| 12/04/2025 | 44 | NOTICE OF APPEARANCE by Dana Walsh Kumar on behalf of Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 12/04/2025) |
| 12/04/2025 | 45 | LETTER MOTION for Extension of Time to File Answer *and to Set Briefing Schedule* addressed to Judge Cathy Seibel from Dana Walsh Kumar dated December 4, 2025. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 12/04/2025) |
| 12/05/2025 | 46 | ORDER granting 45 Letter Motion for Extension of Time to Answer: Plaintiff to file motion for preliminary injunction by December 5, 2025. Defendants to respond to preliminary injunction motion and respond to the complaint by January 16, 2026. Plaintiff to reply by January 30, 2026. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 12/05/2025) |
| 12/05/2025 | 47 | MOTION for Preliminary Injunction . Document filed by Tim Bakken. Return Date set for 2/6/2026 at 10:00 AM..(Goldman, Jonathan) (Entered: 12/05/2025) |
| 12/05/2025 | 48 | DECLARATION of Jonathan R. Goldman, Esq. in Support re: 47 MOTION for Preliminary Injunction .. Document filed by Tim Bakken. (Attachments: # 1 Exhibit Exhibit 1 − Amended Complaint).(Goldman, Jonathan) (Entered: 12/05/2025) |
| 12/05/2025 | 49 | DECLARATION of Tim Bakken in Support re: 47 MOTION for Preliminary Injunction .. Document filed by Tim Bakken. (Attachments: # 1 Exhibit Memo 1, # 2 Exhibit Memo 2, # 3 Exhibit July 2025 Email Chain with Berry, # 4 Exhibit Nov. 18, 2025 Email, Colclough, # 5 Exhibit July 2025 Email Chain with Chiaramonte).(Goldman, Jonathan) (Entered: 12/05/2025) |
| 12/05/2025 | 50 | MEMORANDUM OF LAW in Support re: 47 MOTION for Preliminary Injunction . . Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 12/05/2025) |

| | | |
|---|---|---|
| 01/12/2026 | 51 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Cathy Seibel from Dana Walsh Kumar dated January 12, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 01/12/2026) |
| 01/12/2026 | 52 | ORDER granting 51 Letter Motion for Extension of Time to File Response/Reply: Government's opposition and cross−motion to dismiss due by 1/30/26. Plaintiff's reply due 2/13/26. The pre−motion conference requirement is waived for the Government's cross−motion. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 01/12/2026) |
| 01/30/2026 | 53 | MOTION to Dismiss . Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 01/30/2026) |
| 01/30/2026 | 54 | MEMORANDUM OF LAW in Support re: 53 MOTION to Dismiss . *and in Opposition to Plaintiff's Motion for a Preliminary Injunction*. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 01/30/2026) |
| 01/30/2026 | 55 | DECLARATION of Col. Krista Watts in Support re: 53 MOTION to Dismiss .. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams. (Attachments: # 1 Exhibit A − DPOM 03−24, # 2 Exhibit B − USMA Social Media Policy, # 3 Exhibit C − USMA Policy 25−01, # 4 Exhibit D − USMA Regulation 150−2, # 5 Exhibit E − USMA Regulation 150−4, # 6 Exhibit F − USMA Regulation 150−6).(Kumar, Dana) (Entered: 01/30/2026) |
| 02/13/2026 | 56 | MEMORANDUM OF LAW in Opposition re: 53 MOTION to Dismiss . *and in Further Support of Motion for Preliminary Injunction*. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 02/13/2026) |
| 02/13/2026 | 57 | DECLARATION of Tim Bakken in Opposition re: 53 MOTION to Dismiss .. Document filed by Tim Bakken. (Attachments: # 1 Exhibit FIRE Letter).(Goldman, Jonathan) (Entered: 02/13/2026) |
| 02/18/2026 | 58 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Cathy Seibel from Dana Walsh Kumar dated February 18, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 02/18/2026) |
| 02/18/2026 | 59 | ORDER granting 58 Letter Motion for Extension of Time to File Response/Reply: Government's reply due by 3/3/26. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 02/18/2026) |
| 03/03/2026 | 60 | REPLY MEMORANDUM OF LAW in Support re: 53 MOTION to Dismiss . . Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 03/03/2026) |
| 04/03/2026 | 61 | NOTICE OF COURT CONFERENCE: Oral Argument is scheduled for April 14, 2026 at 2:15 p.m. before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621. Oral Argument set for 4/14/2026 at 02:15 PM in Courtroom 621, 300 Quarropas Street, White Plains, NY 10601 before Judge Cathy Seibel. (mml) (Entered: 04/03/2026) |
| 04/03/2026 | 62 | LETTER MOTION to Adjourn Conference addressed to Judge Cathy Seibel from Dana Walsh Kumar dated April 3, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 04/03/2026) |

| | | |
|---|---|---|
| 04/06/2026 | 63 | ORDER granting 62 Letter Motion to Adjourn Conference: Oral Argument adjourned to 5/6/26 at 2:15 pm. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 04/06/2026) |
| 04/30/2026 | 64 | LETTER addressed to Judge Cathy Seibel from Jonathan R. Goldman dated April 30, 2026 re: Recent SDNY decision relevant to pending motion. Document filed by Tim Bakken. (Attachments: # 1 Exhibit Apr. 28, 2026 Opinion & Order, Comey v. U.S. DOJ, et al.).(Goldman, Jonathan) (Entered: 04/30/2026) |
| 05/05/2026 | 65 | LETTER addressed to Judge Cathy Seibel from Dana Walsh Kumar dated May 5, 2026 re: Response to Plaintiff's Letter. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 05/05/2026) |
| 05/06/2026 | | Minute Entry for proceedings held before Judge Cathy Seibel: Oral Argument held on 5/6/2026 re: 61 Notice of Hearing. Plaintiff Tim Bakken is present. Plaintiff's counsel(s) Jonathan Goldman, Esq. and Stephen Bergstein, Esq. are present. Defendants' counsel AUSA Dana Kumar, Esq. is present. Law Clerk Ryan Miller is present. The Court entertains oral argument with the parties as to the exhaustion and First Amendment issues. See transcript. (Court Reporter Christina Arends−Dieck) (wc) (Entered: 05/08/2026) |
| 05/21/2026 | 66 | LETTER addressed to Judge Cathy Seibel from Dana Walsh Kumar dated May 21, 2026 re: Update Regarding Academic Freedom Claim. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams. (Attachments: # 1 Exhibit 1 − Watts Declaration).(Kumar, Dana) (Entered: 05/21/2026) |
| 05/22/2026 | 67 | LETTER addressed to Judge Cathy Seibel from Jonathan R. Goldman dated May 22, 2026 re: Response to Government's May 21, 2026 submission. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 05/22/2026) |
| 05/26/2026 | 68 | OPINION & ORDER ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS re: 47 MOTION for Preliminary Injunction filed by Tim Bakken, 53 MOTION to Dismiss filed by Col. Krista Watts, Brigadier General Shane R. Reeves, Lt. Col. Caitlin Chiaramonte, Col. Winston Williams, United States Military Academy, Lt. General Steven W. Gilland, Col. Joshua Berry. For the foregoing reasons, Plaintiff's motion for a preliminary injunction is GRANTED. Defendants' motion to dismiss is DENIED. The Clerk of Court is respectfully directed to terminate the pending motions. (ECF Nos. 47, 53.) It is hereby ORDERED that pending permanent resolution of this action, Defendants are enjoined from (1) enforcing Deans Policy and Operating Memorandum 03−24, dated February 13, 2025, against civilian faculty members of USMA, and (2) prohibiting or restraining Plaintiff from expressing or offering his opinions, beliefs or views to his students on the subjects he teaches. The parties are to appear for a conference on June 11, 2026 at 3 p.m. SO ORDERED. (Case Management Conference set for 6/11/2026 at 03:00 PM before Judge Cathy Seibel.) (Signed by Judge Cathy Seibel on 5/26/2026) (mml) (Entered: 05/26/2026) |
| 06/05/2026 | 69 | JOINT LETTER MOTION to Adjourn Conference *and Letter Motion to Extend Time to Answer Complaint* addressed to Judge Cathy Seibel from Dana Walsh Kumar dated June 5, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 06/05/2026) |
| 06/08/2026 | 70 | ORDER granting 69 Letter Motion to Adjourn Conference: Conference adjourned to 6/25/26 at 4:15 pm. The Government's time to answer is extended to 6/23/26. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 06/08/2026) |
| 06/19/2026 | 71 | CONSENT LETTER MOTION to Adjourn Conference *and Letter Motion to Extend Time to Answer Complaint* addressed to Judge Cathy Seibel from Dana Walsh Kumar dated June 19, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United |

| | | |
|---|---|---|
| | | States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 06/19/2026) |
| 06/22/2026 | 72 | ORDER granting 71 Letter Motion to Adjourn Conference: Status Conference adjourned to 8/5/26 at 10:15 am. Defendants' time to answer is extended to 7/23/26. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 06/22/2026) |
| 07/01/2026 | 73 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 68 Memorandum & Opinion.(rro) (Entered: 07/01/2026) |
| 07/01/2026 | 74 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 68 Memorandum & Opinion.(rro) (Entered: 07/01/2026) |
| 07/21/2026 | 75 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Cathy Seibel from Dana Walsh Kumar dated July 21, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 07/21/2026) |
| 07/21/2026 | 76 | ORDER granting 75 Letter Motion for Extension of Time to Answer: All Defendants may have until 8/3/26 to respond to the Amended Complaint. Further extensions are unlikely. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 07/21/2026) |
| 07/23/2026 | 77 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 68 Memorandum & Opinion.(rro) (Entered: 07/23/2026) |
| 07/23/2026 | 78 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 68 Memorandum & Opinion.(rro) (Entered: 07/23/2026) |
| 07/30/2026 | 79 | JOINT LETTER MOTION for Conference re: 72 Order on Motion to Adjourn Conference *Requesting that Conference be Converted to a Telephonic Conference* addressed to Judge Cathy Seibel from Dana Walsh Kumar dated July 30, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 07/30/2026) |
| 07/30/2026 | 80 | ORDER granting 79 Letter Motion: The Government's time to respond to the Amended Complaint is adjourned without date. The August 5, 2026 conference will be telephonic. The call−in number is 855−244−8681 and the access code is 1809850784#. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 07/30/2026) |
| 08/05/2026 | | Minute Entry for proceeding held before Judge Cathy Seibel: Status Conference held on 8/5/2026. Plaintiff Tim Bakken appears telephonically. Plaintiff's counsel(s) Jonathan Goldman, Esq. and Stephen Bergstein, Esq. appear telephonically. Defendants' counsel AUSA Dana Walsh Kumar, Esq. appears telephonically. Law Clerk Ryan Miller appears telephonically. The parties inform the Court that they are in agreement to submit a Final Judgment to the Court. The Court schedules a conference for September 10, 2026 at 12:15 p.m. via telephone in case a Judgment is not filed in the proposed thirty (30) days. This proceeding was recorded via the Cisco Webex platform. (Status Conference set for 9/10/2026 at 12:15 PM before Judge Cathy Seibel). (wc) (Entered: 08/06/2026) |
| 09/04/2026 | 81 | PROPOSED STIPULATION AND ORDER. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 09/04/2026) |
| 09/04/2026 | 82 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Cathy Seibel from Dana Walsh Kumar dated September 4, 2026. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams..(Kumar, Dana) (Entered: 09/04/2026) |
| 09/08/2026 | 83 | ORDER terminating 82 Letter Motion to Adjourn Conference. In light of the parties' submission of a proposed stipulated judgment, the September 10 conference is no |

| | | |
|---|---|---|
| | | longer necessary and therefore canceled. SO ORDERED. (Signed by Judge Cathy Seibel on 9/8/2026) (mml) (Entered: 09/08/2026) |
| 09/08/2026 | 84 | STIPULATED JUDGMENT: IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, for the reasons set forth in the May 2026 Ruling, USMA Dean's Policy and Operating Memorandum 03−24, dated February 13, 2025, as it pertains to civilian professors, and the Dean's directive prohibiting and/or restraining Plaintiff from expressing or offering his "opinions," "beliefs," and/or "views" to his students about the subject matter taught in his class, violate the First Amendment and are therefore unconstitutional. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with any such person, are permanently enjoined from (1) enforcing USMA Dean's Policy and Operating Memorandum 03−24, dated February 13, 2025, against civilian faculty members of USMA, and (2) prohibiting or restraining Plaintiff from expressing or offering his opinions, beliefs, or views to his students on the subjects he teaches. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this final judgment resolves and disposes of all claims asserted by Plaintiff against Defendants in this action with prejudice, excepting only Plaintiff's ability to seek to recover costs and attorneys' fees incurred in connection with this litigation, to the extent Plaintiff may seek to make such an application. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants' right to seek appellate review of the Court's May 2026 Ruling is preserved. The Clerk of Court is respectfully directed to enter this judgment accordingly and close this case. SO ORDERED. (Signed by Judge Cathy Seibel on 9/8/2026) (mml) (Entered: 09/08/2026) |
| 09/17/2026 | 85 | LETTER MOTION to Stay *deadlines for Plaintiff to tax costs and make application for fees* addressed to Judge Cathy Seibel from Jonathan R. Goldman dated September 17, 2026. Document filed by Tim Bakken..(Goldman, Jonathan) (Entered: 09/17/2026) |
| 09/17/2026 | 86 | ORDER granting 85 Letter Motion to Stay. Request approved. Plaintiff may haveuntil the later of 14 days following the expiration of the Government's time to file a notice of appeal or 60 days following the final disposition of the case in the Second Circuit or the U.S. Supreme Court for an application to tax costs and/or to seek attorneys' fees. (Signed by Judge Cathy Seibel on 9/17/2026) (sgz) (Entered: 09/18/2026) |
| 11/05/2026 | 87 | NOTICE OF APPEAL from 84 Consent Judgment,,,,,,,. Document filed by Col. Joshua Berry, Lt. General Steven W. Gilland, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, United States Military Academy, Col. Krista Watts, Col. Winston Williams. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kumar, Dana) (Entered: 11/05/2026) |
| 11/05/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 87 Notice of Appeal.(km) (Entered: 11/05/2026) |
| 11/05/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 87 Notice of Appeal, filed by Col. Joshua Berry, Lt. Col. Caitlin Chiaramonte, Brigadier General Shane R. Reeves, Lt. General Steven W. Gilland, United States Military Academy, Col. Krista Watts, Col. Winston Williams were transmitted to the U.S. Court of Appeals. (km) (Entered: 11/05/2026) |